In re Francois, Herbert; Haynes, Car-dell; Dunn, Darrell; Hicks, Keith; Holland, Reggie; North, Andrew; Peterson, Kevin; Vicknair, Oscar; Wheat, Mark; Bourgeois, Blake et al.; Chapman, Da-throne; Hilton, Gerald; Muse, Robert Jr.; Peters, Johnel; Spriggs, Joe; West, Darryl Jr.; Carcisse, Samuel; Gaines, Lawrence; — Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Aseen *31 sion, 23rd Judicial District Court Div. E, No. 65,932; to the Court of Appeal, First Circuit, No. 2005 CA 0138.
Denied.